United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12653-amc |
| Mark Smith | Chapter 7 |
| Deborah Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2026 | Form ID: 309A | Total Noticed: 78 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Smith, Deborah Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |
| 15156503 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156504 | | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156506 | | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156533 | + | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 15156534 | | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, San Francisco, CA 94105 |
| 15156536 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15156537 | + | Sezzle Web Bank, Bankruptcy Department, P.O. Box 757, Portsmouth, NH 03802-0757 |
| 15156551 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15156553 | + | The Atrium Owners Association, 2829 Guardian Ln STE 220, Virginia Beach, VA 23452-7496 |
| 15156554 | | Upst/Drb, DR Bank Loan Operations, Attn: Bankruptc, San Carlos, CA 94070 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Jun 24 2026 00:35:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: QLEFELDMAN.COM | Jun 24 2026 04:34:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2026 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 24 2026 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 24 2026 00:35:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15156483 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 24 2026 00:40:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15156484 | ^ | MEBN | Jun 24 2026 00:34:48 | Afterpay US Services, LLC, 760 Market St Fl 2 Unit 2.03, San Francisco, CA 94102-2402 |
| 15156485 | | EDI: GMACFS.COM | Jun 24 2026 04:34:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15156486 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2026 00:40:27 | American Express Hilton, Bankruptcy Department, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15156487 | + | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0313-2 User: admin Page 2 of 4

Date Rcvd: Jun 23, 2026 Form ID: 309A Total Noticed: 78

| | | | |
|---|---|---|---|
| | | Jun 24 2026 00:40:23 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15156488 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 24 2026 00:35:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15156489 | + Email/Text: bk@avant.com | Jun 24 2026 00:35:00 | Avant/Webbank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15156493 | Email/Text: BNBSB@capitalsvcs.com | Jun 24 2026 00:35:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 15156538 | Email/Text: BNBSB@capitalsvcs.com | Jun 24 2026 00:35:00 | Show Mastercard, PO Box 5161, Sioux Falls, SD 57117 |
| 15156490 | EDI: TSYS2 | Jun 24 2026 04:34:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15156491 | EDI: TSYS2 | Jun 24 2026 04:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15156492 | + EDI: AGFINANCE.COM | Jun 24 2026 04:34:00 | Brightway/Onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15156494 | EDI: CAPITALONE.COM | Jun 24 2026 04:34:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15156495 | + EDI: CAPITALONE.COM | Jun 24 2026 04:34:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15156496 | + EDI: CITICORP | Jun 24 2026 04:34:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15156497 | + EDI: WFNNB.COM | Jun 24 2026 04:34:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15156498 | + EDI: CITICORP | Jun 24 2026 04:34:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15156499 | EDI: CITICORP | Jun 24 2026 04:34:00 | Citi/L.L. Bean, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, Sioux Falls, SD 57117-0040 |
| 15156500 | + EDI: CITICORP | Jun 24 2026 04:34:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15156501 | + EDI: CITICORP | Jun 24 2026 04:34:00 | Citibank / Citi Diamond Preferred, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15156502 | EDI: CITICORP | Jun 24 2026 04:34:00 | Citibank, N.A./Cbna, Citibank Customer Service, Attn: Bankrup, Sioux Falls, SD 57117 |
| 15156505 | + EDI: CITICORP | Jun 24 2026 04:34:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15156507 | + EDI: WFNNB.COM | Jun 24 2026 04:34:00 | Comenity Capital Bank/Paypal Credit, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15156508 | + EDI: WFNNB.COM | Jun 24 2026 04:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15156509 | EDI: PHINGENESIS | Jun 24 2026 04:34:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15156510 | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 00:40:23 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15156511 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2026 00:40:23 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15156514 | EDI: CITICORP | Jun 24 2026 04:34:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box |

District/off: 0313-2   User: admin   Page 3 of 4

Date Rcvd: Jun 23, 2026   Form ID: 309A   Total Noticed: 78

| | | | |
|---|---|---|---|
| | | | 9111, Mason, OH 45040 |
| 15156523 | | EDI: CITICORP | |
| | | Jun 24 2026 04:34:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15156513 | + | EDI: DISCOVER | |
| | | Jun 24 2026 04:34:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15156515 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | Jun 24 2026 00:35:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15156516 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | Jun 24 2026 00:35:00 | First National Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15156517 | | Email/Text: BNSFS@capitalsvcs.com | |
| | | Jun 24 2026 00:35:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15156518 | + | EDI: AMINFOFP.COM | |
| | | Jun 24 2026 04:34:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15156519 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Jun 24 2026 00:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15156520 | | Email/Text: bankruptcy@webbank.com | |
| | | Jun 24 2026 00:35:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 15156521 | | Email/Text: bankruptcy@kashable.com | |
| | | Jun 24 2026 00:35:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 15156522 | + | Email/Text: bankruptcy.us@klarna.com | |
| | | Jun 24 2026 00:35:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |
| 15156525 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
| | | Jun 24 2026 00:35:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15156526 | | EDI: CBS7AVE | |
| | | Jun 24 2026 04:34:00 | Montgomery Ward Credit, 112 7th Ave, Monroe, WI 53566 |
| 15156527 | + | EDI: NFCU.COM | |
| | | Jun 24 2026 04:34:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15156528 | | EDI: NFCU.COM | |
| | | Jun 24 2026 04:34:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15156529 | | EDI: TDBANKNORTH.COM | |
| | | Jun 24 2026 04:34:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15156530 | + | EDI: AGFINANCE.COM | |
| | | Jun 24 2026 04:34:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15156531 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | Jun 24 2026 00:35:00 | Pffcu/Police & Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15156532 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | Jun 24 2026 00:35:00 | Pffcu/Police & Fire Fcu, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2404 |
| 15156535 | ^ | MEBN | |
| | | Jun 24 2026 00:34:43 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 15156539 | | Email/Text: bankruptcy.notices@sparrowcard.com | |
| | | Jun 24 2026 00:35:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy 9450 SW Gemini, Beaverton, OR 97008 |
| 15156540 | | Email/Text: bankruptcy.notices@sparrowcard.com | |
| | | Jun 24 2026 00:35:00 | Sparrow Mastercard, 9450 SW Gemini Dr. #87446, Beaverton, OR 97008 |
| 15156541 | + | EDI: SYNC | |
| | | Jun 24 2026 04:34:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 15156542 | + | EDI: SYNC | |
| | | Jun 24 2026 04:34:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156543 | + | EDI: SYNC | |
| | | Jun 24 2026 04:34:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156544 | | EDI: SYNC | |

District/off: 0313-2                                    User: admin                                         Page 4 of 4
Date Rcvd: Jun 23, 2026                                 Form ID: 309A                                      Total Noticed: 78

|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15156545 | + | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156546 | + | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156547 | + | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156548 |  | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15156549 | + | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156550 |  | EDI: SYNC | | |
|  |  |  | Jun 24 2026 04:34:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15156552 | + | EDI: TDBANKNORTH.COM | | |
|  |  |  | Jun 24 2026 04:34:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15156555 | + | Email/Text: bankruptcy@valon.com | | |
|  |  |  | Jun 24 2026 00:35:00 | Valon Mtg, 9450 Sw Gemini Dr, Beaverton, OR 97008-7105 |
| 15156556 | + | EDI: WFHOME | | |
|  |  |  | Jun 24 2026 04:34:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15156512 | * | Deborah Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |
| 15156524 | * | Mark Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                    Signature:        /s/Gustava Winters

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1: **Mark Smith**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–0196<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2: **Deborah Smith**<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–8879<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | Date case filed for chapter:     7    6/22/26 |
| Case number:  26–12653–amc | |

## Official Form 309A (For Individuals or Joint Debtors)

### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Smith | Deborah Smith |
| 2. | **All other names used in the last 8 years** | | fka Deborah Palmer |
| 3. | **Address** | 5556 Chancellor St<br>Philadelphia, PA 19139–3923 | 5556 Chancellor St<br>Philadelphia, PA 19139–3923 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email:  help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610–530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor **Mark Smith** and **Deborah Smith**                                                    Case number **26–12653–amc**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/23/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 22, 2026 at 02:50 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/21/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |