Certificate Number: 16339-PAE-DE-041174903

Bankruptcy Case Number: 26-12653



16339-PAE-DE-041174903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 10:17 o'clock PM EDT, Mark Smith completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 6, 2026                            By:     /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor