United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Mark Smith
Deborah Smith
Debtors

Case No. 26-12653-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Sep 25, 2026 Form ID: 318 Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Smith, Deborah Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |
| 15156503 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156504 | | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156506 | | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15156534 | | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, San Francisco, CA 94105 |
| 15156536 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15156537 | + | Sezzle Web Bank, Bankruptcy Department, P.O. Box 757, Portsmouth, NH 03802-0757 |
| 15156551 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15156553 | + | The Atrium Owners Association, 2829 Guardian Ln STE 220, Virginia Beach, VA 23452-7496 |
| 15156554 | | Upst/Drb, DR Bank Loan Operations, Attn: Bankruptc, San Carlos, CA 94070 |
| 15165982 | + | Valon Mortgage, Inc. as Servicer for Bungalow Fund, FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Sep 26 2026 05:57:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 26 2026 05:57:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Sep 26 2026 02:00:50 | Valon Mortgage, Inc. as Servicer for Bungalow Fund, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 15156483 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 26 2026 02:09:28 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15156484 | ^ | MEBN | Sep 26 2026 02:01:00 | Afterpay US Services, LLC, 760 Market St Fl 2 Unit 2.03, San Francisco, CA 94102-2402 |
| 15157306 | + | EDI: AISACG.COM | Sep 26 2026 05:57:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15156485 | | EDI: GMACFS.COM | Sep 26 2026 05:57:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 15156486 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2026 02:09:46 | American Express Hilton, Bankruptcy Department, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15156487 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2026 02:09:27 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15156488 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 26 2026 02:10:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15156489 | + | Email/Text: bk@avant.com | Sep 26 2026 02:11:00 | Avant/Webbank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15156493 | | Email/Text: BNBSB@capitalsvcs.com | Sep 26 2026 02:10:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 15156538 | | Email/Text: BNBSB@capitalsvcs.com | Sep 26 2026 02:10:00 | Show Mastercard, PO Box 5161, Sioux Falls, SD 57117 |
| 15156490 | | EDI: TSYS2 | Sep 26 2026 05:57:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15156491 | | EDI: TSYS2 | Sep 26 2026 05:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15156492 | + | EDI: AGFINANCE.COM | Sep 26 2026 05:57:00 | Brightway/Onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15156494 | | EDI: CAPITALONE.COM | Sep 26 2026 05:57:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15156495 | + | EDI: CAPITALONE.COM | Sep 26 2026 05:57:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15156496 | + | EDI: CITICORP | Sep 26 2026 05:57:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15156497 | + | EDI: WFNNB.COM | Sep 26 2026 05:57:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15156498 | + | EDI: CITICORP | Sep 26 2026 05:57:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15156499 | | EDI: CITICORP | Sep 26 2026 05:57:00 | Citi/L.L. Bean, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, Sioux Falls, SD 57117-0040 |
| 15156500 | + | EDI: CITICORP | Sep 26 2026 05:57:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15156501 | + | EDI: CITICORP | Sep 26 2026 05:57:00 | Citibank / Citi Diamond Preferred, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15156502 | | EDI: CITICORP | Sep 26 2026 05:57:00 | Citibank, N.A./Cbna, Citibank Customer Service, Attn: Bankrup, Sioux Falls, SD 57117 |
| 15156505 | + | EDI: CITICORP | Sep 26 2026 05:57:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15156507 | + | EDI: WFNNB.COM | Sep 26 2026 05:57:00 | Comenity Capital Bank/Paypal Credit, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15156508 | + | EDI: WFNNB.COM | Sep 26 2026 05:57:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15156509 | | EDI: PHINGENESIS | Sep 26 2026 05:57:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15156510 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 02:09:07 | Credit One Bank, Attn: Bankruptcy, 6801 S |

| | | | | |
|---|---|---|---|---|
| | | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15156511 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2026 02:09:06 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15156514 | | EDI: CITICORP | Sep 26 2026 05:57:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15156523 | | EDI: CITICORP | Sep 26 2026 05:57:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15156513 | + | EDI: DISCOVER | Sep 26 2026 05:57:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15156515 | | Email/Text: BNSFN@capitalsvcs.com | Sep 26 2026 02:10:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15156516 | | Email/Text: BNSFN@capitalsvcs.com | Sep 26 2026 02:10:00 | First National Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15156517 | | Email/Text: BNSFS@capitalsvcs.com | Sep 26 2026 02:10:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 15156518 | + | EDI: AMINFOFP.COM | Sep 26 2026 05:57:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15156519 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2026 02:10:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15156520 | | Email/Text: bankruptcy@webbank.com | Sep 26 2026 02:10:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 15156521 | | Email/Text: bankruptcy@kashable.com | Sep 26 2026 02:10:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 15156522 | + | Email/Text: bankruptcy.us@klarna.com | Sep 26 2026 02:10:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |
| 15156525 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 26 2026 02:10:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15156526 | | EDI: CBS7AVE | Sep 26 2026 05:57:00 | Montgomery Ward Credit, 112 7th Ave, Monroe, WI 53566 |
| 15156527 | + | EDI: NFCU.COM | Sep 26 2026 05:57:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15156528 | | EDI: NFCU.COM | Sep 26 2026 05:57:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15156529 | | EDI: TDBANKNORTH.COM | Sep 26 2026 05:57:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15156530 | + | EDI: AGFINANCE.COM | Sep 26 2026 05:57:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15156531 | + | Email/Text: bankruptcy1@pffcu.org | Sep 26 2026 02:10:00 | Pffcu/Police & Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15156532 | + | Email/Text: bankruptcy1@pffcu.org | Sep 26 2026 02:10:00 | Pffcu/Police & Fire Fcu, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2404 |
| 15156533 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 26 2026 02:09:46 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 15156535 | ^ | MEBN | Sep 26 2026 02:00:29 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 15156539 | | Email/Text: bankruptcy.notices@sparrowcard.com | Sep 26 2026 02:10:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy 9450 SW Gemini, Beaverton, OR 97008 |
| 15156540 | | Email/Text: bankruptcy.notices@sparrowcard.com | Sep 26 2026 02:10:00 | Sparrow Mastercard, 9450 SW Gemini Dr. #87446, Beaverton, OR 97008 |
| 15156541 | | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2026 05:57:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 15156542 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156543 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156544 | | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15156545 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156546 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156547 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Lowes, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156548 | | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15156549 | + | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15156550 | | EDI: SYNC | Sep 26 2026 05:57:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15156552 | + | EDI: TDBANKNORTH.COM | Sep 26 2026 05:57:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15156555 | + | Email/Text: bankruptcy@valon.com | Sep 26 2026 02:10:00 | Valon Mtg, 9450 Sw Gemini Dr, Beaverton, OR 97008-7105 |
| 15156556 | + | EDI: WFHOME | Sep 26 2026 05:57:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15156512 | * | Deborah Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |
| 15156524 | * | Mark Smith, 5556 Chancellor St, Philadelphia, PA 19139-3923 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LAUREN MOYER | on behalf of Creditor Valon Mortgage Inc. as Servicer for Bungalow Funding, LLC bkecf@friedmanvartolo.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Deborah Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mark Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

Debtor 1: Mark Smith (First Name, Middle Name, Last Name)
Social Security number or ITIN xxx–xx–0196
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing): Deborah Smith (First Name, Middle Name, Last Name)
Social Security number or ITIN xxx–xx–8879
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Eastern District of Pennsylvania

Case number: 26–12653–amc

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Smith

Deborah Smith
fka Deborah Palmer

9/24/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**